# United States Court of Appeals
## For the First Circuit

No. 20-1470

ANDREA ROSE,

Plaintiff, Appellant,

v.

RTN FEDERAL CREDIT UNION,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on June 10, 2021, is corrected as follows:

On page 10, line 17, replace "person the" with "person in the".

On page 10, line 20, replace "Reg." with "Regs.".